

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2020

No. 04-20-00590-CV

**NORTH CENTRAL BAPTIST HOSPITAL**,
Appellant

v.

Stacy **CHAVEZ**, Individually and As Next Friends of Minor Children Chavez,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV02938
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant, North Central Baptist Hospital, seeks to appeal a final judgment signed July 28, 2020. Appellant timely filed a motion that extended the time for perfecting an appeal. *See* TEX. R. CIV. P. 329b(g); TEX. R. APP. P. 26.1(a). Thus, the notice of appeal was due October 26, 2020, or a motion for extension of time to file the notice of appeal was due fifteen days later on November 10, 2020. *See* TEX. R. APP. P. 26.1, 26.3. The record contains a notice of appeal file stamped November 30, 2020.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (1997) (construing the predecessor to rule 26). However, "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.* Appellant's notice of appeal was not filed until twenty days after the deadline for filing a motion for extension of time.

We therefore **order** appellant file a response by **December 28, 2020**, establishing that the notice of appeal was timely filed or showing cause why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for lack of jurisdiction or pursuant to Rule 42.3(c). *See* TEX. R. APP. P. 42.3(a), (c).

All deadlines in this appeal are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court